IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-49-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JASON BATTS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Robert Simpson of the Wilmington Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on August 17, 2015, be transferred to Robert Simpson to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description Of the Evidence: |
|---|---|
| 13 | Packaged Crack Cocaine |
| 17 | Safe |
| 18 | Key to Safe |

SO ORDERED this the 17th day of August, 2015.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Robert Simpson, Case Agent

_____
John H. Bennett, Assistant U.S. Attorney

2