UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


UNITED STATES OF AMERICA

vs.  CASE NO: 7:14-CR-49-1FL

JASON BATTS


### ORDER

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $88.62. The clerk is DIRECTED to pay Domino's the sum of $88.62.

8/18/2015
Date

LOUISE W. FLANAGAN
United States District Judge